1114

In the Matter of TOMAS CARMONA, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted January 11, 2016; decided February 11, 2016

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

Judge GARCIA taking no part.

SAMUEL COSENTINO, Appellant, v SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, P.C., Respondent.

Submitted December 14, 2015; decided February 11, 2016

Motion for leave to appeal from the judgment entered upon the Appellate Division order dismissed upon the ground that the judgment is not the final appealable paper from which leave to appeal may be sought (*see* CPLR 5611).

Judge GARCIA taking no part.

In the Matter of DINA EHRLICH, Respondent, v DAVID WOLF et al., Appellants.

Submitted December 14, 2015; decided February 11, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge GARCIA taking no part.